1  KAMALA D. HARRIS
   Attorney General of California
2  JEFFREY R. VINCENT
   Supervising Deputy Attorney General
3  ROHIT KODICAL
   Deputy Attorney General
4  State Bar No. 215497
     1515 Clay Street, 20th Floor
5    P.O. Box 70550
     Oakland, CA  94612-0550
6    Telephone:  (510) 622-2226
     Fax:  (510) 622-2121
7    E-mail:  Rohit.Kodical@doj.ca.gov
   *Attorneys for Defendants California Highway*
8  *Patrol, CHP Commissioner Joseph Farrow, CHP*
   *Officers Joe Lafuaci And Cory Walczak*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LIGON,<br><br>                                   Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, CHP COMMISSIONER JOSEPH FARROW, CHP OFFICERS JOE LAFUACI AND CORY WALCZAK,<br><br>                                   Defendants. | 5:13-CV-02875 RMW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DISMISSAL OF DEFENDANTS CALIFORNIA HIGHWAY PATROL AND COMMISSIONER JOSEPH FARROW AND ORDER**<br><br>Date:           September 30, 2013<br>Time:          10:30 a.m.<br>Courtroom:  6<br>Judge:         The Honorable Ronald M. Whyte<br>Trial Date:   None Set<br>Action Filed: June 21, 2013 |

   WHEREAS: Plaintiff filed this lawsuit on June 21, 2013, but was unable to serve each named defendant until September 10, 2013. Based on the date of service, the parties have been unable to comply with the Court's Order Setting Initial Case Management Conference and ADR Deadlines (ECF Document No. 2). The parties have had an opportunity to meet and confer on discovery and liability issues.

THEREFORE, IT IS HEREBY STIPULATED

Defendants California Highway Patrol and Commissioner Joseph Farrow are dismissed from this matter with prejudice. Defendants Joe Lafuaci and Cory Walczak will file a responsive pleading no later than Tuesday, October 22, 2013.

The Initial Case Management Conference in this matter is rescheduled to Friday, December 13, 2013 at 10:30 a.m. or a date thereafter that is convenient to the Court. All case management conference deadlines will be moved accordingly.

Dated: September 26, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General

/s/ Rohit Kodical

ROHIT KODICAL
Deputy Attorney General
*Attorneys for Defendants California Highway Patrol, CHP Commissioner Joseph Farrow, CHP Officers Joe Lafuaci And Cory Walczak*

Dated: September 26, 2013

NELSON MCELMURRY, ESQ.

/s/ Nelson McElmurry
Nelson McElmurry, Esq.
*Attorney for Plaintiff*

**ORDER**

Upon good cause shown, the above Stipulation of the parties is hereby approved and made the Order of this Court.

Dated: _____

*Ronald M. Whyte* (signature)
RONALD M. WHYTE
United States District Court Judge

2

Stipulation Regarding Case Management Conference  (5:13-CV-02875 RMW)