KAMALA D. HARRIS
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General
ROHIT KODICAL
Deputy Attorney General
State Bar No. 215497
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 622-2226
  Fax:  (510) 622-2121
  E-mail:  Rohit.Kodical@doj.ca.gov
*Attorneys for Defendants Joe Lafauci and Cory Walczak*

**E-FILED - 11/19/13**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES LIGON,**<br><br>                     Plaintiff,<br><br>v.<br><br>**JOE LAFAUCI AND CORY WALCZAK,**<br><br>                     Defendants. | 5:13-CV-02875 RMW<br><br>**STIPULATION TO DISMISS SECOND, SIXTH, SEVENTH AND EIGHTH CAUSES OF ACTION** AND ORDER<br><br>Courtroom:  6<br>Judge:  The Honorable Ronald M. Whyte<br>Trial Date:  None Set<br>Action Filed:  June 21, 2013 |

WHEREAS: Defendants California Highway Patrol and Commissioner Joseph Farrow were dismissed from this matter with prejudice on September 27, 2013, and the parties have met and conferred on each cause of action alleged in plaintiff's Complaint.

///

///

///

1

IT IS HEREBY STIPULATED

Plaintiff James Ligon dismisses his Second, Sixth, Seventh and Eighth Causes of Action against Defendants Joe Lafauci and Cory Walczak.

Dated: November 6, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General

/s/ Rohit Kodical

ROHIT KODICAL
Deputy Attorney General
*Attorneys for Defendants Joe Lafauci And Cory Walczak*

Dated: November 6, 2013

NELSON MCELMURRY, ESQ.

/s/ Nelson McElmurry
Nelson McElmurry, Esq.
*Attorney for Plaintiff*

**ORDER**

Upon good cause shown, the above Stipulation of the parties is hereby approved and made the Order of this Court.

Dated:  **11/19/13**

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Court Judge