| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | JEFFREY R. VINCENT<br>Supervising Deputy Attorney General |
| 3 | ROHIT KODICAL<br>Deputy Attorney General |
| 4 | State Bar No. 215497<br> 1515 Clay Street, 20th Floor |
| 5 |  P.O. Box 70550<br> Oakland, CA  94612-0550 |
| 6 |  Telephone:  (510) 622-2226<br> Fax:  (510) 622-2121 |
| 7 |  E-mail:  Rohit.Kodical@doj.ca.gov<br>*Attorneys for Defendants Joe Lafauci and* |
| 8 | *Cory Walczak* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LIGON,<br><br>                    Plaintiff,<br><br>     v.<br><br>JOE LAFAUCI AND CORY WALCZAK,<br><br>                    Defendants. | 5:13-CV-02875 RMW<br><br>**STIPULATION AND ORDER RE: SELECTION OF ADR PROCESS**<br><br>Courtroom:      6<br>Judge:             The Honorable Ronald M. Whyte<br>Trial Date:       None Set<br>Action Filed:   June 21, 2013 |

WHEREAS: This Court conducted a Case Management Conference in this matter on December 13, 2013. Pursuant to the Case Management Order governing this matter, this case is assigned to the ADR Multi-Option Program governed by ADR Local Rule 3. The parties were ordered to select an ADR process and advise the Court. The parties and their counsel have met and conferred on ADR options.

///

///

///

1

1   IT IS HEREBY STIPULATED

2   Plaintiff James Ligon and Defendants Joe Lafauci and Cory Walczak agree to engage in
pre-trial mediation through this Court's Early Neutral Evaluation (ENE) program governed by
ADR Local Rule 5. If the parties are unable to resolve through ENE, then they will attempt
private mediation. The parties will complete ADR no later than June 13, 2014. If ADR is not
successful, then the parties will schedule a settlement conference with a Magistrate Judge.

Dated: January 22, 2014                     Respectfully submitted,

   KAMALA D. HARRIS
   Attorney General of California
   JEFFREY R. VINCENT
   Supervising Deputy Attorney General

   /s/ Rohit Kodical

   ROHIT KODICAL
   Deputy Attorney General
   *Attorneys for Defendants Joe Lafauci And Cory Walczak*

Dated: January 22, 2014                     NELSON MCELMURRY, ESQ.

   /s/ Nelson McElmurry
   Nelson McElmurry, Esq.
   *Attorney for Plaintiff*

**ORDER**

Upon good cause shown, the above Stipulation of the parties is hereby approved and made the Order of this Court.

Dated:  2/19/14

Ronald M. Whyte
RONALD M. WHYTE
United States District Court Judge

2

Stipulation Regarding ADR Process  (5:13-CV-02875 RMW)