|  |  |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | JEFFREY R. VINCENT<br>Supervising Deputy Attorney General |
| 3 | ROHIT KODICAL<br>Deputy Attorney General |
| 4 | State Bar No. 215497<br>  1515 Clay Street, 20th Floor |
| 5 |   P.O. Box 70550<br>  Oakland, CA  94612-0550 |
| 6 |   Telephone:  (510) 622-2226<br>  Fax:  (510) 622-2121 |
| 7 |   E-mail:  Rohit.Kodical@doj.ca.gov |
| 8 | *Attorneys for Defendants Joe Lafauci and Cory Walczak* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES LIGON,**<br><br>                                    Plaintiff,<br><br>       v.<br><br>**JOE LAFAUCI AND CORY WALCZAK,**<br><br>                                    Defendants. | 5:13-CV-02875 RMW<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF ENE DEADLINE**<br><br>Courtroom:      6<br>Judge:              The Honorable Ronald M. Whyte<br>Trial Date:       None Set<br>Action Filed:   June 21, 2013 |

        WHEREAS: Plaintiff James Ligon and Defendants Joe Lafauci and Cory Walczak agreed to engage in  pre-trial mediation through this Court's Early Neutral Evaluation (ENE) program governed by ADR Local Rule 5. The parties agreed to complete ENE no later than June 13, 2014. The parties held a conference call with the assigned ENE evaluator on April 7, 2014. Following the conference call, the parties met and conferred regarding deposition dates, discovery issues and counsel's respective trial schedules. Having met and conferred, the parties agree that the ENE will be more effective if the parties can complete all depositions and written discovery prior to the ENE. The assigned ENE evaluator agrees with the parties' recommendation to continue the ENE.

1

1   IT IS HEREBY STIPULATED: The ENE deadline is continued to August 22, 2014. If the
2   ENE is not successful, then the parties will schedule a settlement conference with a Magistrate
3   Judge.

4   .

6   Dated: April 28, 2014                                Respectfully submitted,

7                                                        KAMALA D. HARRIS
                                                         Attorney General of California
8                                                        JEFFREY R. VINCENT
                                                         Supervising Deputy Attorney General

10                                                       /s/ Rohit Kodical

11                                                       ROHIT KODICAL
                                                         Deputy Attorney General
12                                                       *Attorneys for Defendants Joe Lafauci And
                                                         Cory Walczak*

14  Dated: April 28, 2014                                NELSON MCELMURRY, ESQ.

16                                                       /s/ Nelson McElmurry
                                                         Nelson McElmurry, Esq.
                                                         *Attorney for Plaintiff*

18                                                       JAIME LEANOS, ESQ.

19                                                       /s/ Jaime Leanos
                                                         Jaime Leanos, Esq.
20                                                       *Attorney for Plaintiff*

22                                    **ORDER**

23   Upon good cause shown, the above Stipulation of the parties is hereby approved and made
24   the Order of this Court.

26  Dated:  Í ÐIÈÏI                                      _____
                                                         RONALD M. WHYTE
27                                                       United States District Court Judge

2

Stipulation Regarding Continuance of ENE Deadline  (5:13-CV-02875 RMW)