UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

JAMES LIGON,

    Plaintiff,

v.

CALIFORNIA HIGHWAY PATROL, et al.,

    Defendants.

No. C 13-2875 RMW

**ORDER RE: ATTENDANCE AT ENE**

Date:     August 21, 2014
Evalutor: Patrick Robbins

IT IS HEREBY ORDERED that the request to excuse defendant California Highway Patrol Officer Joe Lafauci from appearing in person at the August 21, 2014, ENE before Patrick Robbins is GRANTED. Officer Lafauci shall be available at all times to participate telephonically in the ENE as set forth in ADR L.R. 5-10(f).

IT IS SO ORDERED.

August 12, 2014        By:       _____
Dated                                        Maria-Elena James
                                             United States Magistrate Judge