JAIME A. LEAÑOS (#159471)
LAW OFFICE OF MORALES & LEAÑOS
75 East Santa Clara Street, Suite 250
San Jose, California 95113
Telephone: (408) 294-6800
Facsimile: (408) 294-7102
Email: jleanoslaw@pacbell.net

NELSON McELMURRY (#236079)
LAW OFFICES OF NELSON McELMURRY
37 E. Hedding St.
San Jose, CA 95112
Telephone: (408) 292-2844
Facsimile: (408) 292-2011
E-mail: nmcelmurry@att.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSÉ DIVISION

| | |
|---|---|
| JAMES LIGON<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOE LAFAUCI, INDIVIDUALLY AND AS AN OFFICER OF THE CALIFORNIA HIGHWAY PATROL<br><br>　　　　　Defendant. | CASE NO: CV 13-02875-RMW<br><br>**[] ORDER REGARDING JOINT STIPULATION TO FILE AMENDED PLEADING**<br><br>Courtroom: 6<br>Judge: Hon. Ronald M. Whyte<br>Trial Date: February 2, 2015<br>Filed: June 21, 2013 |

The Court is in receipt of a signed joint stipulation submitted by the parties (Doc. No.31). In accord with the parties' joint request, good cause having been shown, this Court hereby orders as follows:

1. Plaintiffs' Motion to file a First Amended Complaint is GRANTED;

////

- 1 -　　　　　　　　　　　　　　　　　　　　CV 13-02875-RMW
ORDER RE: FIRST AMENED COMPLAINT

1    IT IS SO ORDERED.

2

3    DATED: FFฤI ฤI

4                                              BY: *Ronald M. Whyte*

5                                                   Honorable Ronald Whyte