JAIME A. LEAÑOS—SBN: 159471
MORALES & LEAÑOS
75 E. Santa Clara Street, Suite 250
San Jose, CA  95113
Telephone:   (408) 294-6800
Facsimile:    (408) 294-7102
E-mail:        jleanoslaw@pacbell.net

NELSON McELMURRY—SBN: 236079
LAW OFFICES OF NELSON McELMURRY
37 E. Hedding St.
San Jose, CA 95112
Telephone:   (408) 292-2844
Facsimile:    (408) 292-2011
E-mail:        nmcelmurry@att.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JAMES LIGON<br><br>Plaintiff,<br><br>v.<br><br>JOE LAFAUCI, INDIVIDUALLY AND AS AN OFFICER OF THE CALIFORNIA HIGHWAY PATROL<br><br>Defendant. | Case No.:  CV 13-02875-RMW<br><br>**JOINT  PROPOSED NEUTRAL STATEMENT  TO PROSPECIVE JURORS**<br><br>Date:          January 15,  2015<br>Time:          2:00  p.m.<br>Courtroom:  6,  4th Floor<br>Judge:         Hon. Ronald M. Whyte |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Plaintiff, James Ligon and Defendant Joseph Lafauci hereby submit the following proposed neutral statement for the aid and convenience of the court:

////

////

This case is about an officer involved shooting between Officer Joseph Lafauci and Plaintiff James Ligon. Plaintiff alleges that on June 21, 2012, Officer Lafauci violated his constitutional rights and was negligent when Officer Lafauci shot and seriously injured Plaintiff during an arrest. Defendant Joseph Lafauci denies plaintiff's claims and contends that his actions were reasonable under the circumstances.

DATED: January 2, 2015                MORALES & LEANOS

                                      By: ___/s/ *Jaime Leaños*___
                                           JAIME LEANOS
                                           Attorney for Plaintiff


DATED: January 2, 2015                LAW OFFICE OF NELSON
                                      McELMURRY


                                      By: ___/s/ *Nelson McElmurry*___
                                           NELSON MCELMURRY
                                           Attorney for Plaintiff


I affirm that Defendants' counsel has consented to the electronic filing of this document on Defendants behalf.


DATED: January 2, 2015                ROHIT KODICAL, DEPUTY
                                      ATTORNEY GENERAL

                                      By: ___/s/ *Rohit Kodical*___
                                           ROHIT KODICAL
                                           Deputy Attorney General
                                           Attorney for Defendant