UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LIGON,<br>       Plaintiff,<br>    v.<br>JOE LAFUACI, et al.,<br>       Defendants. | Case No. 13-cv-02875-RMW<br><br>**ORDER REQUESTING RESPONSIVE BRIEFING**<br><br>Re: Dkt. No. 78 |

On January 20, 2015 defendant moved *in limine* to preclude plaintiff from offering any evidence at trial that he was unarmed at the time he was shot. *See* Dkt. No. 78. Should plaintiff wish to file a response to defendant's motion *in limine* # 8, he must do so by Wednesday, January 28, 2015.

**IT IS SO ORDERED**.

Dated: January 23, 2015

_____
RONALD M. WHYTE
United States District Judge