JAIME A. LEAÑOS (#159471)
LAW OFFICE OF MORALES & LEAÑOS
75 East Santa Clara Street, Suite 250
San Jose, California  95113
Telephone:  (408) 294-6800
Facsimile:  (408) 294-7102
Email:  jleanoslaw@pacbell.net

NELSON McELMURRY (#236079)
LAW OFFICES OF NELSON McELMURRY
37 E. Hedding St.
San Jose, CA 95112
Telephone:  (408) 292-2844
Facsimile:  (408) 292-2011
E-mail:  nmcelmurry@att.net

Attorneys for Plaintiff

ROHIT KODICAL (#215497)
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA  94612-0550
Telephone:  (510) 622-2226
Fax:  (510) 622-2121
E-mail:  Rohit.Kodical@doj.ca.gov

Attorney for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSÉ DIVISION

| | |
|---|---|
| JAMES LIGON<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOE LAFAUCI, INDIVIDUALLY AND AS AN OFFICER OF THE CALIFORNIA HIGHWAY PATROL<br><br>　　　　　Defendant(s). | **CASE NO:  CV 13-02875-RMW**<br><br>**JOINT STIPULATION TO PLAINTIFF'S PAST MEDICAL COSTS**<br><br>Courtroom:　6, 4th Floor<br>Judge:　　　Hon.  Ronald M. Whyte<br>Trial Date:　February 2, 2015<br>Filed:　　　June 21, 2013 |

////

////

Plaintiff James Ligon and defendant Joseph Lafauci hereby agree and stipulate that Plaintiff's past medical costs are $272, 201.95

DATED: January 28, 2015        LAW OFFICES OF MORALES & LEAÑOS

                                  By:   /s/ *Jaime A. Leaños*
                                          JAIME A. LEAÑOS
                                          Attorney for Plaintiff

DATED: January 28, 2015

                                  By:   /s/ *Rohit Kodical*
                                          ROHIT KODICAL
                             ATTORNEY FOR DEFENDANT

- 2 -   CV 13-02875-RMW
JOINT STIPULATION TO PLAITIFF'S PAST MEDICAL COSTS