1  JAIME A. LEAÑOS—SBN: 159471
   MORALES & LEAÑOS
2  75 E. Santa Clara Street, Suite 250
   San Jose, CA  95113
3  Telephone:  (408) 294-6800
   Facsimile:   (408) 294-7102
4  E-mail:     jleanoslaw@pacbell.net

5  NELSON McELMURRY —SBN: 236079
   LAW OFFICES OF NELSON McELMURRY
6  37 E. Hedding St.
   San Jose, CA 95112
7  Telephone:  (408) 292-2844
   Facsimile:   (408) 292-2011
8  E-mail:     nmcelmurry@att.net

9
10 Attorneys for Plaintiff

11
12                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
13                            **SAN JOSE DIVISION**

14 | | |
   |---|---|
15 | JAMES LIGON | Case No.: CV 13-02875-RMW |
16 | Plaintiff, | **() ORDER PERMITTING PLAINTIFF AND HIS COUNSEL TO SET UP AUDIO/VISUAL EQUIPMENT IN COURTROOM 6** |
17 | v. | |
18 | | |
19 | JOE LAFAUCI, INDIVIDUALLY AND AS AN OFFICER OF THE CALIFORNIA HIGHWAY PATROL | Trial Date: February 02, 2015<br>Time:         1:30 p.m.<br>Courtroom: 6, 4th Floor<br>Judge:        Hon. Ronald M. Whyte |
20 | | |
21 | Defendant. | |

22
23
24    **IT IS HEREBY ORDERED:**
25        Plaintiff, JAMES LIGON' counsel be permitted to bring their audio-visual
26 equipment for trial into Courtroom 6 at 3:00 p.m. on January 30, 2015. Such
27 equipment will include cart, speakers, cords, ELMO, projector, laptop computer
28 and projection screen.

1  DATE:    January __GJ__, 2015

                                            By: _Ronald M. Whyte_
                                            Hon. Ronald M. Whyte
                                            U.S. Fkwtkev Judge

() ORDER PERMITTING PLAINTIFF AND HIS COUNSEL TO SET UP AUDIO/VISUAL EQUIPMENT IN COURTROOM 2