KAMALA D. HARRIS
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General
ROHIT KODICAL
Deputy Attorney General
State Bar No. 215497
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2226
 Fax:  (510) 622-2121
 E-mail:  Rohit.Kodical@doj.ca.gov
*Attorneys for Defendant Joe Lafauci*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES LIGON,**<br><br>         Plaintiff,<br><br> v.<br><br>**JOE LAFAUCI,**<br><br>         Defendant. | 5:13-CV-02875 RMW<br><br>**DEFENDANT'S REQUEST FOR APPROVAL TO BRING EQUIPMENT INTO THE COURTROOM**<br><br>Judge:   The Hon. Ronald M. Whyte<br>Trial Date:  February 2, 2015<br>Action Filed: June 21, 2013 |

1  Defendant requests to bring the following electronic equipment for the trial set to begin
2  February 2, 2015:
3  - 2 computer laptops, ELMO, projector
4  - Cabling, laser points, carts, speakers, projection screen

5  Dated: January 23, 2015                              Respectfully submitted,

6                                                      KAMALA D. HARRIS
                                                       Attorney General of California
7                                                      JEFFREY R. VINCENT
                                                       Supervising Deputy Attorney General
8

9
                                                       */s/ Rohit Kodical*
10                                                     ROHIT KODICAL
                                                       Deputy Attorney General
11                                                     *Attorneys for Defendant Joe Lafauci*

12
                                       **ORDER**
13
        IT IS SO ORDERED.
14
    Dated:  FEB 3 2015
15
                                                       *Ronald M. Whyte*
16                                                     _____
                                                       RONALD M. WHYTE
17                                                     United States District Court Senior District Judge

18  OK2013901796
    Order re AV Equipment.doc

19  Ú|^æ•^ Æ&[}cæ&oÂc@ ÁÔ[˘¦c[[{  ÁÔ|^¦\ ÁæœÁRæ&\ ã´ Õæ¦&ãæO &æ} åÈ•&[˘¦c È̈[çÁ¡ Á^c ]̆æÁ¡ã ^Á¡ Áa¦ã*Á¡Á c@ Á¨˘ã{^}oÁæ} åÁ^oÁ]Á¡ÁcãæÈÆÁÁ